IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYLES N. STOKES,
    Petitioner,

vs.                                                 3:09cv338/WS/MD

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.

## O R D E R

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 4).

A review of the petitioner's inmate trust account statement shows that although at the time of filing his petition the petitioner had a $0.12 balance in his account, his average monthly balance for the six-month period immediately preceding the filing of his petition was $93.18. As the filing fee for a petition for writ of habeas corpus is only $5.00, petitioner will be required to pay the fee.

Accordingly, it is ORDERED:

1.     Petitioner's motion to proceed *in forma pauperis* (doc. 4) is DENIED.

2.     Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of this order. The check should be made payable to "Clerk, U. S. District Court." Failure of petitioner to either submit this amount or explain his inability to do so may result in a recommendation to the District Court that this case be dismissed.

DONE AND ORDERED this 28th day of September, 2009.

                                        /s/ *Miles Davis*
                                        **MILES DAVIS**
                                        **UNITED STATES MAGISTRATE JUDGE**